# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JOEL F KAESTNER | § | Case No. 14-00301 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/06/2014 .   The undersigned trustee was appointed on .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of        $        48,660.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 858.00 |
| Bank service fees | 1,244.71 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]        $ | 46,557.29 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was  04/07/2015  and the deadline for filing governmental claims was  04/07/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,848.73 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,848.73 , for a total compensation of $ 1,848.73 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 108.62 , for total expenses of $ 108.62 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: _09/12/2016_____   By:/s/Peter N. Metrou, Trustee_____
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-00301 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | JOEL F KAESTNER | | | | Date Filed (f) or Converted (c): | 01/06/2014 (f) |
| | | | | | 341(a) Meeting Date: | 02/04/2014 |
| For Period Ending: | 09/12/2016 | | | | Claims Bar Date: | 04/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Single Family Residence located at:  320 Water Str | 60,000.00 | 0.00 | | 0.00 | FA |
| 2.  Real Estate (Farm) located at 22161 Illinois 113 W | 3,300.00 | 3,300.00 | | 48,660.00 | FA |
| 3.  Cash on Hand | 25.00 | 0.00 | | 0.00 | FA |
| 4.  Checking Account w/ Twin Oaks Bank | 0.00 | 0.00 | | 0.00 | FA |
| 5.  Checking Account w/ Chase Bank (Frozen by Citibank | 0.00 | 0.00 | | 0.00 | FA |
| 6.  Savings Account w/ Harris Bank | 0.00 | 0.00 | | 0.00 | FA |
| 7.  Misc. Household Goods (Bedroom Furniture, Kitchen | 1,000.00 | 0.00 | | 0.00 | FA |
| 8.  Books, Pictures, Videos, and DVDs | 225.00 | 0.00 | | 0.00 | FA |
| 9.  Used Clothing | 225.00 | 0.00 | | 0.00 | FA |
| 10.  Misc. Costume Jewelry | 75.00 | 0.00 | | 0.00 | FA |
| 11.  Term Life Insurance Policy w/ Sheet Metal Workers | 0.00 | 0.00 | | 0.00 | FA |
| 12.  Pension w/ Sheet Metal Workers International Assoc | 50,000.00 | 0.00 | | 0.00 | FA |
| 13.  Retirement Annuity w/ Sheet Metal Workers Internat | 12,000.00 | 0.00 | | 0.00 | FA |
| 14.  Estimated 2013 Federal Income Tax Refund | 1,000.00 | 0.00 | | 0.00 | FA |
| 15.  2003 Chevy Monte Carlo | 3,000.00 | 0.00 | | 0.00 | FA |
| 16.  1980 Oldsmobile Cutlass - Not running, vehicle loc | 200.00 | 0.00 | | 0.00 | FA |
| 17.  1986 Mercury Cougar - Not running, vehicle located | 100.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $131,150.00          $3,300.00          $48,660.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sold Debtor's 1/3 interest in 24.32 acreas of inherited real estate. Employed accountant to review tax implications; claims review in proces.

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

Initial Projected Date of Final Report (TFR): 12/31/2015          Current Projected Date of Final Report (TFR): 09/30/2016          Exhibit A

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 14-00301
Case Name: JOEL F KAESTNER

Taxpayer ID No: XX-XXX4128
For Period Ending: 09/12/2016

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5272
Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/06/15 | 2 | KAESTNER, JOHN Atty Jeffrey L. Fisher207 South Water St.Wilmington, IL 60481 | Debto's interest in RE | 1110-000 | $48,660.00 | | $48,660.00 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $60.66 | $48,599.34 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $69.92 | $48,529.42 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $72.15 | $48,457.27 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $69.71 | $48,387.56 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $71.94 | $48,315.62 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $71.83 | $48,243.79 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $69.42 | $48,174.37 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $71.62 | $48,102.75 |
| 11/17/15 | 5001 | ILLINOIS DEPARTMENT OF REVENUE P.O. Box 19053Springfield, IL 62794-9053 | 2015 IL 1041 V FEIN 47-6854128, Bankruptcy Case No. 14-00301, Joel E. Kaestner State Tax return of r estate. | 2810-000 | | $858.00 | $47,244.75 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $68.92 | $47,175.83 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $70.14 | $47,105.69 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $70.04 | $47,035.65 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $65.41 | $46,970.24 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $69.83 | $46,900.41 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Page Subtotals:    $48,660.00    $1,759.59

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: 14-00301 | | | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: JOEL F KAESTNER | | | Bank Name: Associated Bank |
| | | | Account Number/CD#: XXXXXX5272 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX4128 | | | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 09/12/2016 | | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.48 | $46,832.93 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.62 | $46,763.31 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.28 | $46,696.03 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.43 | $46,626.60 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.31 | $46,557.29 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $48,660.00 | $2,102.71 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $48,660.00 | $2,102.71 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $48,660.00 | $2,102.71 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                Page Subtotals:                $0.00        $343.12

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5272 - Checking Account (Non-Interest Earn | $48,660.00 | $2,102.71 | $46,557.29 |
| | $48,660.00 | $2,102.71 | $46,557.29 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $48,660.00 |
| Total Gross Receipts: | $48,660.00 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-00301-BWB

Date: September 13, 2016

Debtor Name: JOEL F KAESTNER

Claims Bar Date: 4/7/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1<br>70<br>7100 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $980.11 | $980.11 |
| 2<br>70<br>7100 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,017.60 | $1,017.60 |
| 3<br>70<br>7100 | AMERICAN EXPRESS<br>CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Unsecured<br>Payment Status:<br>Valid To Pay | (3-1) CREDIT CARD DEBT | $0.00 | $3,956.82 | $3,956.82 |
| 100<br>2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,848.73 | $1,848.73 |
| 100<br>2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $108.62 | $108.62 |
| 100<br>2810 | ILLINOIS DEPARTMENT OF<br>REVENUE<br>P.O. Box 19053<br>Chicago, IL  64338 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $858.00 | $858.00 |
| 100<br>3410 | POPOWCER KATTEN<br>35 EAST WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL  60601 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $950.00 | $950.00 |
| | Case Totals | | | $0.00 | $9,719.88 | $9,719.88 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: September 13, 2016

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-00301
Case Name: JOEL F KAESTNER
Trustee Name: Peter N. Metrou, Trustee

Balance on hand                                    $         46,557.29

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 1,848.73 | $ 0.00 | $ 1,848.73 |
| Trustee Expenses: Peter N. Metrou | $ 108.62 | $ 0.00 | $ 108.62 |
| Accountant for Trustee Fees: POPOWCER KATTEN | $ 950.00 | $ 0.00 | $ 950.00 |
| Other: ILLINOIS DEPARTMENT OF REVENUE | $ 858.00 | $ 858.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses          $          2,907.35

Remaining Balance          $          43,649.94

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,954.53  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $          980.11 | $          0.00 | $          980.11 |
| 2 | DISCOVER BANK | $        1,017.60 | $          0.00 | $        1,017.60 |
| 3 | AMERICAN EXPRESS CENTURION BANK | $        3,956.82 | $          0.00 | $        3,956.82 |

| Total to be paid to timely general unsecured creditors | $          5,954.53 |
|---|---|
| Remaining Balance | $          37,695.41 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of   0.1  % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 22.70 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 37,672.71 .