# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| JOEL F KAESTNER | § | Case No. 14-00301 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 45,000.00　　　　　　　　Assets Exempt: 82,850.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 5,977.23　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　　Without Payment: 133,866.88

Total Expenses of Administration: 5,010.06

---

3) Total gross receipts of $ 48,660.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 37,672.71 (see **Exhibit 2**), yielded net receipts of $ 10,987.29 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 49,696.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,010.06 | 5,010.06 | 5,010.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 90,167.88 | 5,954.53 | 5,954.53 | 5,977.23 |
| **TOTAL DISBURSEMENTS** | $ 139,863.88 | $ 10,964.59 | $ 10,964.59 | $ 10,987.29 |

    4) This case was originally filed under chapter 7 on 01/06/2014 . The case was pending for 36 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/06/2016            By:/s/Peter N. Metrou, Trustee
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Estate (Farm) located at 22161 Illinois 113 | 1110-000 | 48,660.00 |
| **TOTAL GROSS RECEIPTS** | | **$48,660.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JOEL F KAESTNER | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 37,672.71 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 37,672.71** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 24696 Columbus, OH 43224 | | 49,696.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 49,696.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 1,848.73 | 1,848.73 | 1,848.73 |
| Peter N. Metrou | 2200-000 | NA | 108.62 | 108.62 | 108.62 |
| Associated Bank | 2600-000 | NA | 1,244.71 | 1,244.71 | 1,244.71 |
| ILLINOIS DEPARTMENT OF REVENUE | 2810-000 | NA | 858.00 | 858.00 | 858.00 |
| POPOWCER KATTEN | 3410-000 | NA | 950.00 | 950.00 | 950.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,010.06 | $ 5,010.06 | $ 5,010.06 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mht Bk Attn:Bankruptcy Dept Po Box 15298 Wilmington, DE 19850 | | 4,890.00 | NA | NA | 0.00 |
| | Chase PO Box 15145 Wilmington, DE 19850 | | 13,836.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 8,846.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr San Diego, CA 92123 | | 15,571.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Drive, Ste 200 San Diego, CA 92123 | | 14,470.00 | NA | NA | 0.00 |
| | OSF St Elizabeth Medical Center 1100 E Norris Dr Ottawa, IL 61350 | | 577.88 | NA | NA | 0.00 |
| | Peoples Bk Credit Card Services Attn: Bankruptcy Po Box 7092 Bridgeport, CT 06601 | | 9,802.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Unvl/citi Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 16,178.00 | NA | NA | 0.00 |
| 3 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 4,000.00 | 3,956.82 | 3,956.82 | 3,956.82 |
| 1 | DISCOVER BANK | 7100-000 | 980.00 | 980.11 | 980.11 | 980.11 |
| 2 | DISCOVER BANK | 7100-000 | 1,017.00 | 1,017.60 | 1,017.60 | 1,017.60 |
| | AMERICAN EXPRESS CENTURION BANK | 7990-000 | NA | NA | NA | 15.08 |
| | DISCOVER BANK | 7990-000 | NA | NA | NA | 7.62 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 90,167.88 | $ 5,954.53 | $ 5,954.53 | $ 5,977.23 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-00301 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | JOEL F KAESTNER | | | | Date Filed (f) or Converted (c): | 01/06/2014 (f) |
| | | | | | 341(a) Meeting Date: | 02/04/2014 |
| For Period Ending: | 12/06/2016 | | | | Claims Bar Date: | 04/07/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Residence located at: 320 Water Str | 60,000.00 | 0.00 | | 0.00 | FA |
| 2. Real Estate (Farm) located at 22161 Illinois 113 W | 3,300.00 | 3,300.00 | | 48,660.00 | FA |
| 3. Cash on Hand | 25.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account w/ Twin Oaks Bank | 0.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account w/ Chase Bank (Frozen by Citibank | 0.00 | 0.00 | | 0.00 | FA |
| 6. Savings Account w/ Harris Bank | 0.00 | 0.00 | | 0.00 | FA |
| 7. Misc. Household Goods (Bedroom Furniture, Kitchen | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Books, Pictures, Videos, and DVDs | 225.00 | 0.00 | | 0.00 | FA |
| 9. Used Clothing | 225.00 | 0.00 | | 0.00 | FA |
| 10. Misc. Costume Jewelry | 75.00 | 0.00 | | 0.00 | FA |
| 11. Term Life Insurance Policy w/ Sheet Metal Workers | 0.00 | 0.00 | | 0.00 | FA |
| 12. Pension w/ Sheet Metal Workers International Assoc | 50,000.00 | 0.00 | | 0.00 | FA |
| 13. Retirement Annuity w/ Sheet Metal Workers Internat | 12,000.00 | 0.00 | | 0.00 | FA |
| 14. Estimated 2013 Federal Income Tax Refund | 1,000.00 | 0.00 | | 0.00 | FA |
| 15. 2003 Chevy Monte Carlo | 3,000.00 | 0.00 | | 0.00 | FA |
| 16. 1980 Oldsmobile Cutlass - Not running, vehicle loc | 200.00 | 0.00 | | 0.00 | FA |
| 17. 1986 Mercury Cougar - Not running, vehicle located | 100.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $131,150.00 | $3,300.00 | | $48,660.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sold Debtor's 1/3 interest in 24.32 acraes of inherited real estate. Employed accountant to review tax implications; claims review in proces.

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Initial Projected Date of Final Report (TFR): 12/31/2015	Current Projected Date of Final Report (TFR): 09/30/2016

Exhibit 8

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |   |   |
|---|---|---|---|
| Case No: | 14-00301 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | JOEL F KAESTNER | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5272 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX4128 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/06/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/06/15 | 2 | KAESTNER, JOHN Atty Jeffrey L. Fisher207 South Water St.Wilmington, IL 60481 | Debto's interest in RE | 1110-000 | $48,660.00 | | $48,660.00 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $60.66 | $48,599.34 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $69.92 | $48,529.42 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $72.15 | $48,457.27 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $69.71 | $48,387.56 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $71.94 | $48,315.62 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $71.83 | $48,243.79 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $69.42 | $48,174.37 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $71.62 | $48,102.75 |
| 11/17/15 | 5001 | ILLINOIS DEPARTMENT OF REVENUE P.O. Box 19053Springfield, IL 62794-9053 | 2015 IL 1041 V FEIN 47-6854128, Bankruptcy Case No. 14-00301, Joel E. Kaestner State Tax return of r estate. | 2810-000 | | $858.00 | $47,244.75 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $68.92 | $47,175.83 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $70.14 | $47,105.69 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $70.04 | $47,035.65 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $65.41 | $46,970.24 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.83 | $46,900.41 |

| | | | Page Subtotals: | | $48,660.00 | $1,759.59 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-00301 | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- |
| Case Name: | JOEL F KAESTNER | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX5272 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX4128 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/06/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.48 | $46,832.93 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.62 | $46,763.31 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.28 | $46,696.03 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.43 | $46,626.60 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.31 | $46,557.29 |
| 11/08/16 | 5002 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL 60543 | Distribution | | | $1,957.35 | $44,599.94 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order.  ($1,848.73) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order.  ($108.62) | 2200-000 | | | |
| 11/08/16 | 5003 | POPOWCER KATTEN 35 EAST WACKER DRIVE SUITE 1550 CHICAGO, IL 60601 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $950.00 | $43,649.94 |
| 11/08/16 | 5004 | DISCOVER BANK DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $983.85 | $42,666.09 |
| | | | ($3.74) | 7990-000 | | | |
| | | DISCOVER BANK | Final distribution to claim 1 representing a payment of 100.00 % per court order.  ($980.11) | 7100-000 | | | |

| | | | Page Subtotals: | | $0.00 | $4,234.32 | |
| --- | --- | --- | --- | --- | --- | --- | --- |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-00301
Case Name: JOEL F KAESTNER
Taxpayer ID No: XX-XXX4128
For Period Ending: 12/06/2016

Trustee Name: Peter N. Metrou, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5272
Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/08/16 | 5005 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $1,021.48 | $41,644.61 |
| | | | ($3.88) | 7990-000 | | | |
| | | DISCOVER BANK | Final distribution to claim 2 representing a payment of 100.00 % per court order.   ($1,017.60) | 7100-000 | | | |
| 11/08/16 | 5006 | AMERICAN EXPRESS CENTURION BANK<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $3,971.90 | $37,672.71 |
| | | | ($15.08) | 7990-000 | | | |
| | | AMERICAN EXPRESS CENTURION BANK | Final distribution to claim 3 representing a payment of 100.00 % per court order.   ($3,956.82) | 7100-000 | | | |
| 11/08/16 | 5007 | JOEL F KAESTNER<br>MARSEILLES, IL  61341 | Distribution of surplus funds to debtor. | 8200-002 | | $37,672.71 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $48,660.00 | $48,660.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $48,660.00 | $48,660.00 |
| Less: Payments to Debtors | $0.00 | $37,672.71 |
| Net | $48,660.00 | $10,987.29 |

Page Subtotals:    $0.00    $42,666.09

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5272 - Checking Account (Non-Interest Earn | $48,660.00 | $10,987.29 | $0.00 |
|  | $48,660.00 | $10,987.29 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $48,660.00 |
| Total Gross Receipts: | $48,660.00 |

Page Subtotals:           $0.00           $0.00